UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOUISE M. CHOATE,

       Plaintiff,                Case no. 17-10096
                                          Honorable John Corbett O'Meara

v.

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), has reviewed Magistrate Judge Stephanie Dawkins Davis's February 24, 2018 report and recommendation. No objections have been filed by the parties. The court having reviewed the entire record;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                                    s/John Corbett O'Meara
                                                    United States District Judge

Date: March 15, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, March 15, 2018, using the ECF system.

s/William Barkholz
Case Manager