UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOUISE M. CHOATE,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

    Defendant.
_____/

Case No. 17-10096

Hon. John Corbett O'Meara

# ORDER GRANTING PLAINTIFF'S
# PETITION FOR ATTORNEY'S FEES

Before the court is Plaintiff's motion for an award of attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). Plaintiff requests attorney's fees in the amount of $8,161.35, representing 41.45 hours of work at approximately $197 per hour. Defendant does not object to Plaintiff's request for attorney's fees.

The court may award fees to the prevailing party under the EAJA "unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust." 28 U.S.C. § 2412(d)(1)(A). In light of Defendant's acquiescence in Plaintiff's request, the court finds an award of fees to be appropriate under the EAJA. In addition, the court finds Plaintiff's counsel's

requested hourly rates to be reasonable and in line with market rates.  See Montgomery v. Colvin, 2015 WL 6467627 (E.D. Mich. Oct. 27, 2015) (O'Meara, J.).

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's petition for attorney's fees is GRANTED.

                                      s/John Corbett O'Meara
                                      United States District Judge

Date:  June 20, 2018

      I hereby certify that a copy of the foregoing document was served upon attorneys of record on this date, June 20, 2018, using the ECF system.

                                      s/William Barkholz
                                      Case Manager